# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Paul Edward Johnson,

    Plaintiff,

v.

Kevin Stahl, *Chief of Police for City of Braham, sued in his official and individual capacities*; Tyler Johnson, *Officer Braham PD, sued in his official and individual capacities*; Kevin Lease, *Officer Braham PD, sued in his official and individual capacities*; City of Braham,

    Defendants.

Case No. 24-CV-1065 (ECT/DJF)

**ORDER**

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Paul Edward Johnson's self-styled "Motion for Order for Service by US Marshal, to City of Braham, IFP amendment" (ECF No. 65) is **GRANTED**.

2. Mr. Johnson must submit a properly completed Marshal Service Form (Form USM-285) for the City of Braham. If Mr. Johnson does not complete and return the Marshal Service Form on or before **February 3, 2025**, the Court will recommend that his claims against City of Braham be dismissed without prejudice for failure to prosecute. The Court will provide a Marshal Service Form to Mr. Johnson.

3. The U.S. Marshals Service is directed to effect service of process on the City of Braham consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

Dated: January 2, 2025        *s/ Dulce J. Foster*
                                                    Dulce J. Foster
                                                    United States Magistrate Judge